UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                        CASE NO: 2:17-cr-61-FtM-38MRM

ANDRE BERNARD

**ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 27) to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Counts One and Two of the Indictment. A sentencing hearing has been scheduled for **November 6, 2017 at 9:30 AM**.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of August, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record