UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO: 2:17-cr-61-FtM-38MRM

ANDRE BERNARD
_____

### ORDER TO RELEASE FUNDS

On December 6, 2017, the Court granted Defendant Andre Bernard's motion for an order to deposit funds and directed the Clerk of Court to accept a prejudgment deposit for $250,000.00 pending Bernard's sentencing and entry of a judgment of conviction and restitution. (Doc. 48). The Court has since sentenced Bernard, entered judgment, and ordered Bernard to pay restitution to the United States Department of the Treasury. (Doc. 70; Doc. 74[1]). Consequently, the Clerk may now disperse the $250,000.00 held in the Court Registry.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is **DIRECTED** to disperse the monies for **$250,000** held in the Court Registry in accordance with the Amended Judgment (Doc. 74).

**DONE AND ORDERED** in Fort Myers, Florida on this 22nd day of February 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] An amended judgment was entered only to correct the court's recommendation on placement in the Bureau of Prisons.