UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:17-cr-61-SPC-MRM

ANDRE BERNARD,

    Defendant,

    and

TRUSTCO BANK CORP N Y,

    Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

The United States applies under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) for issuance of a Writ of Garnishment for substantial nonexempt property belonging to or due to Defendant Andre Bernard as follows:

1.    In February 2018, this Court entered a Judgment against Bernard, in favor of the United States, for restitution in the amount of $18,840,115.50. Doc. 70. As of today—November 17, 2021—Bernard has paid $7,884,712.19 and has outstanding balance of $10,955,403.31.

2. Under 18 U.S.C. § 3613(c), upon entry of judgment, a lien arose against all of Bernard's property and rights to property.

3. The Defendant's full name is Andre Bernard, Social Security Number is xxx-xx-2619, and last known address is in Mount Kisco, NY 10549. The United States issued a formal demand letter in June 2019. Bernard has not been able to pay his restitution debt in full.

4. To enforce the Judgment against Bernard in this matter, the United States requests that a Writ of Garnishment be issued for service upon the Garnishee. The name and address of the Garnishee's authorized agent is:

TrustCo Bank Corp N Y
Attn: Michael Hall
5 Sarnowski Drive
Glenville, NY 12302

5. The United States believes that Garnishee is in possession and control of substantial nonexempt property due to Bernard—specifically, his Individual Retirement Account (ending in 7787) worth approximately $10,059.49.

Accordingly, the United States respectfully requests the Court to enter an Order directing the Clerk of Court to issue a Writ of Garnishment and Clerk's Notice of Garnishment.

        Respectfully submitted,

        KARIN HOPPMANN
        United States Attorney

By:   *s/ Jillian M. Jewell*
      JILLIAN M. JEWELL
      Assistant United States Attorney
      Florida Bar No. 112974
      Financial Litigation Unit
      400 North Tampa Street, Suite 3200
      Tampa, FL 33602
      Telephone:  (813) 274-6038
      Facsimile:   (813) 301-3103
      E-mail: FLUDocket.mailbox@usdoj.gov

Dated: November 17, 2021