UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 2:17-cr-61-SPC-MRM

ANDRE BERNARD,

    Defendant,

    and

TD AMERITRADE, INC.,

    Garnishee.

## ORDER FOR WRIT OF GARNISHMENT

Before the Court is the United States' Application for Writ of Garnishment to Garnishee for substantial nonexempt property belonging to or due to Defendant Andre Bernard. After consideration, the Court finds the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and grants the application. Accordingly, the Clerk of Court is directed to issue the appropriate Writ of Garnishment and Clerk's Notice of Garnishment.

ORDERED AND SIGNED   December 13th  , 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE