UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No.: 2:17-cr-61-SPC-MRM

ANDRE BERNARD

**FINAL ORDER OF GARNISHMENT**

Before the Court is the United States' Motion for Final Order of Garnishment (Doc. 140) seeking entry of a Final Order of Garnishment, pursuant to 28 U.S.C. § 3205(c)(7), against Andre Bernard's Individual Retirement Account (IRS) held by Trustco Bank. The Court, having considered the Motion for Entry of Final Order of Garnishment, finds that the entry of a final order of garnishment is in all respects proper.

Accordingly, it is **ORDERED** that the United States of America's Motion for Entry of Final Order of Garnishment (Doc. 140) is **GRANTED**.

It is further **ORDERED** that Trustco Bank shall liquidate the Andre Bernard's Money Market IRA, withhold and pay the appropriate taxes, and then send the remaining balance to the Clerk of Court.  The payment made to the United States pursuant to this Order shall bear the notation "Andre Bernard, Case No.: 2:17-cr-61," and be made payable to "Clerk, United States District Court," and mailed to:

> Clerk, United States District Court
> ATTN: DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, FL 32801

It is further **ORDERED** that upon payment to the United States of the proceeds of the defendant's nonexempt interest in his Money Market IRA, the Writ of Garnishment directed to Trustco Bank Corp., NY, shall terminate pursuant to 28 U.S.C. § 3205(c)(10).

**DONE and ORDERED** at Fort Myers, Florida, this 18th day of August, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

**Final Order of Garnishment – Page 2**