UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:17-cr-61-SPC-MRM

ANDRE BERNARD

### AMENDED ORDER FOR WRIT OF GARNISHMENT

Before the Court is the United States' Amended Application for Writ of Garnishment to Garnishee TD Bank, N.A. for substantial nonexempt property belonging to or due to Defendant Andre Bernard. After consideration, the Court finds the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and grants the application. Accordingly, the Clerk of Court is directed to issue the appropriate Amend Writ of Garnishment and Amended Clerk's Notice of Garnishment to TD Bank, N.A.

ORDERED AND SIGNED _____August 18_____, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE