UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 2:17-cr-61-SPC-MRM

ANDRE BERNARD

### FINAL ORDER OF GARNISHMENT

Before the Court, pursuant to 28 U.S.C. § 3205(c)(7), is the United States' Motion for Final Order of Garnishment against Defendant Andre Bernard's **account numbers ending in 6629 and 4671 held by TD Bank, N.A**. (Doc. 155). The Court, having considered the Motion for Final Order of Garnishment, finds that the entry of a final order of garnishment is in all respects proper.

Accordingly,

It is **ORDERED**:

1. The United States' Motion for Final Order of Garnishment (Doc. 155) is **GRANTED**.

2. TD Bank, N.A. shall liquidate the Defendant's nonexempt interest in his **account numbers ending in 6629 and 4671** withhold and pay the appropriate taxes and send the remaining balance to the Clerk of Court. The payment made to the United States pursuant to this Order shall **bear the notation "Andre Bernard, Case No.: 2:17-cr-61**," be made payable to "Clerk, United States District Court,", and be sent to:

Clerk, United States District Court
ATTN: DCU
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801

3. Upon payment to the United States of the proceeds of the defendant's nonexempt interest in his account numbers ending in 6629 and 4671, the Writ of Garnishment directed to TD Bank, N.A. shall terminate pursuant to 28 U.S.C. ' 3205(c)(10).

DONE and ORDERED in Fort Myers, Florida, on March 20, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

**Final Order of Garnishment – Page 2**